USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DONOVAN JAMES,
                    Plaintiff,

v.

THE CITY OF NEWBURGH, POLICE
OFFICER ROBERT BREAULT, and JOHN
AND JANE DOE 1–10, individually and in their
official capacities, being fictitious, as the true
names are presently unknown,
                    Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 2720 (VB)

      The Court has been advised that the parties have settled this case. (Doc. #18). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 28, 2022. To be clear, any application to restore the action must be filed by October 28, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled, including the conference scheduled for September 16, 2022. Any pending motions are moot.

      The Clerk is instructed to terminate the letter-motion (Doc. #18) and close this case.

Dated: September 13, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge